IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| DAVID WALLS, Sr., individually and as Administrator of the ESTATE OF DAVID, WALLS, Jr., | CIVIL DIVISION |
| Plaintiffs, | Case No. GD 15- |
| vs. | **PRAECIPE FOR WRIT OF SUMMONS IN CIVIL ACTION** |
| FTS INTERNATIONAL, INC., FRAC TECH, SERVICES, LLC, FRAC TECH INTERNATIONAL, LLC | |
| Defendants. | Filed on behalf of: DAVID WALLS, Sr., individually and as Administrator of the ESTATE OF DAVID WALLS, Jr. |
| | Counsel of Record for this Party: |
| | Jeffrey D. Ries, Esquire Pa. I.D. #311901 |
| | MCGRAIL & ASSOCIATES, LLC 1714 Lincoln Way White Oak, PA 15131 |
| | 412-664-4433 |



IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| DAVID WALLS, Sr., individually and as Administrator of the ESTATE OF DAVID, WALLS, Jr., | : CIVIL DIVISION : : : |
| Plaintiffs, | : Case No. GD 15- |
| vs. | : : : |
| FTS INTERNATIONAL, INC., FRAC TECH, SERVICES, LLC, FRAC TECH INTERNATIONAL, LLC, | : : : : |
| Defendants. | : |

## PRAECIPE FOR WRIT OF SUMMONS IN CIVIL ACTION

To the Department of Court Records:

Please issue a Writ of Summons in Civil Action naming FTS INTERNATIONAL, INC., FRAC TECH SERVICES, LLC, and FRAC TECH INTERNATIONAL, LLC as the Defendants in the above-referenced matter.

Respectfully Submitted,

MCGRAIL & ASSOCIATES, LLC

/s/ Jeffrey D. Ries
Jeffrey D. Ries, Esquire
Attorneys for Plaintiff